**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Celia A. Brooks, | ) | Case No. 5:24-cv-01061 |
|     *Plaintiff,* | ) | |
| | ) | Anne M. Nardacci |
| v. | ) | United States District Court Judge |
| | ) | |
| Frank Bisignano,[1] | ) | Thérèse Wiley Dancks |
| Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
|     *Defendant*. | ) | |

### ORDER WITH REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

The Defendant, Frank Bisignano, Commissioner of the Social Security Administration ("Commissioner"), has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with remand of the cause for further administrative proceedings.

Upon remand by this Court, the Appeals Council will remand this matter to an Administrative Law Judge ("ALJ"). Upon remand, the ALJ shall be instructed to (1) comply with the United States District Court Order issued by Magistrate Judge Christian F. Hummel on September 13, 2022, (2) offer Plaintiff the opportunity for a new hearing, (3) obtain supplemental testimony from a vocational expert, and (4) issue a new decision. As this case was previously remanded to the same Administrative Law Judge, on remand, the Appeals Council will direct that this case be assigned to another Administrative Law Judge.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request to remand this action for further proceedings, this Court hereby:

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. As there remains no justiciable dispute pending between the parties, upon the Clerk's entry of judgment, the Court's jurisdiction over this case shall terminate, except for purposes of consideration and determination of motions for attorney's fees.

IT IS SO ORDERED:

_____
Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: July 11, 2025