# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**Celia A. Brooks**
       Plaintiff

vs.                                             CASE NUMBER: 5:24-cv-01061-AMN-TWD

**Frank Bisignano,**
**Commissioner of the Social**
**Security Administration,**
       Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED JUDGMENT that Commissioner's decision is REVERSED on consent under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further proceedings.

All of the above pursuant to the order of the Honorable **Thérèse Wiley Dancks**, dated 7/11/2025.

DATED: July 11, 2025

*[signature]*
Clerk of Court

*s/ Penny Jezerski*
Penny Jezerski
Deputy Clerk